United States District Court
For the Northern District of California

1

2

3

4                                                    **E-FILED on** ___10/25/06___

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12   STEVEN NICOL,                        No. C-02-00182 RMW

13             Plaintiff,                 ORDER REGARDING DEFENDANT'S
                                          REQUEST FOR FILES
14       v.
                                          **[Re Docket No. 63]**
15   GEORGE VILLAR, ADVANCED
     SYSTEMS ADC, INC., A New York
16   corporation, THOMPSON AND WARD
     LEASING CO., INC., an Ohio Corporation,
17   and CLARENCE FOSTER,

18             Defendants.

19

20        The court is in receipt of a letter from defendant George Villar in which he requests copies of

21   court documents.  Judgment was entered in this case on December 29, 2003; the Ninth Circuit

22   subsequently affirmed.  *Nicol v. Villar*, 160 Fed. Appx. 614 (9th Cir. 2005).  Information on how to

23   obtain court documents is listed on the court website[1] under the heading "Getting Docket Info."

24

25   DATED:      ___10/20/06___          *Ronald M Whyte*

26                                       RONALD M. WHYTE
                                         United States District Judge
27

28   _____
     [1]  http://www.cand.uscourts.gov

     ORDER REGARDING DEFENDANT'S REQUEST FOR FILES—No. C-02-00182 RMW
     JAH

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice will be electronically mailed to:**

Blaine L. Fields          blaine@lextrial.com
Steven A. Simons        ssimons@brennanlaw.com

**Notice will be delivered by other means to:**

Robert F. Brennan
3150 Montrose Avenue
La Crescenta, CA  91214

Kim David Staskus
One Almaden Boulevard
Eighth Floor
San Jose, CA  95113

**A copy shall also be sent to:**

George Villar
#05A2058
Sullivan Annex Facility
P.O. Box 116
Fallsburg, NY 12733-0116

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** _____          _____
                                    **Chambers of Judge Whyte**

ORDER REGARDING DEFENDANT'S REQUEST FOR FILES—No. C-02-00182 RMW
JAH                                    2